UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DOUGLAS MAXWELL,

                    Plaintiff,

    -against-

OLIVER WYMAN, INC. et al.,

                 Defendants.

------------------------------------- x

ORDER

20 Civ. 102 (GBD)

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 7 2020*

GEORGE B. DANIELS, United States District Judge:

    The August 4, 2020 status conference is adjourned to December 1, 2020 at 9:45 a.m. The December 8, 2020 pretrial conference is adjourned to March 2, 2020 at 9:45 a.m.

Dated: New York, New York
       July 27, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge